IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON FRANKS,

      Plaintiff,                        No. CIV S-10-1378 MCE KJM P

      vs.

ARNOLD SCHWARZENEGGER, et al.,

      Defendants.                FINDINGS & RECOMMENDATIONS

        By order filed June 4, 2010, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint and a request to proceed in forma pauperis was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint, request to proceed in forma pauperis or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED: July 15, 2010.

4  

   fran1378.fta

_____
U.S. MAGISTRATE JUDGE